**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  22-57271-JWC |
| ANGELIA JOYCE SMITH | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND**
**REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING**
**PROPERTY DESCRIBED AS  608 BEAUJOLAIS CT, MCDONOUGH, GA 30253 AND**
**THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER**
**\*\*\*\*\*\*\*s Ct**

NOW COMES MNSF T3 SPE, LLC, by and through its attorney Brock and Scott, PLLC,

pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and,

pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and

hearings; that it receive copies of all documents; and be added to the matrix to be served at the

addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
GABKR@brockandscott.com

Bridge Homes
6836 Carnegie Blvd
Suite 230
Charlotte, North Carolina 28211

Please take notice that the undersigned hereby appears as counsel for MNSF T3 SPE, LLC

pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant

case noted above and should not be construed as unlimited representation of the Creditor with

24-08586 BKMFR01

 

respect to any and all matters, proceedings, or actions that may be taken in the instant case or any

associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ _____

Ryan Starks, GA Bar No. 676512
Travis Menk, GA Bar No. 632610
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: GABKR@brockandscott.com

24-08586 BKMFR01